# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CARLOS L. ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, et al.,<br><br>Defendants. | CV -20-11-GF-BMM-JTJ<br><br>**ORDER** |

On November 27, 2020, the Clerk of Court received, by mail, Plaintiff's First Supplement to it's Initial Disclosures. (Doc. 46.) On March 15, 2021, the Court received, by mail, Plaintiff's Second Supplement to it's Initial Disclosures. Pursuant to Local Rule 26.2 initial disclosures are not routinely filed.

> **26.2 Documents of Discovery.**
>
> **(a) Filing Prohibited.** Pursuant to Fed. R. Civ. P. 5(d)(1), initial disclosures under Fed. R. Civ. P. 26(a)(1)(A), depositions, interrogatories, requests for documents, requests for admissions, answers, responses, and objections, expert disclosures, expert reports, notices of deposition, notices of service of subpoena, and certificates or notices indicating service of discovery documents on opposing parties are not routinely filed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's First Supplement to it's Initial Disclosures (Doc. 46) is STRICKEN from the record. The Clerk of

Court is directed to return Plaintiff's Second Supplement to it's Initial Disclosures to him along with a copy of this order.

DATED this 16th day of March, 2021.

_____
John Johnston
United States Magistrate Judge