UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CARLOS L. ANDREWS,<br><br>    Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY, Postmaster General, United States Postal Service,<br><br>    Defendant. | Case No. CV-20-11 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**_X_** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Special Verdict Form rendered on November 10, 2021, Document No. 133.

  Dated this 12th day of November, 2021.

           TYLER P. GILMAN, CLERK

           By: /s/ S. Redding
             S. Redding, Deputy Clerk