FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CARLOS L. ANDREWS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY, Postmaster General,<br>United States Postal Service,<br><br>　　　　　Defendant. | **CV-20-11-GF-BMM**<br><br>**ORDER** |

　　　　Plaintiff Carlos Andrews ("Andrews") has filed a Motion for Leave to File a Motion for Reconsideration of Appellant's Motion for Production of Transcripts at the Government's Expense (Doc. 151), a Motion to Request Certification of Non-Frivolous Appeal (Doc. 155), and an Amended Motion for Leave to Proceed in Forma Pauperis (Doc. 157). Each Motion centers around the production of transcripts at the expense of the Government. The Motions come in response to the Court's order dated February 8, 2022, that denied Andrews's initial Motion for Production at the Government's Expense (Doc. 146). (Doc. 150). The Court cited Andrews's failure to establish permission to appeal in forma pauperis. *See* 28 U.S.C. § 753(f). The Ninth Circuit Court of Appeals has since granted Andrews permission to proceed in forma pauperis on appeal. (*Carlos Andrews v. Megan*

*Brennan*, No. 22-35081 (9th. Cir. 2022), (Doc. 10)). The Ninth Circuit also has granted Andrews's Motion for Production of Transcripts at the Government's Expense. *Id.*

## ORDER

Accordingly, **IT IS ORDERED** that Andrews's Motion for Leave to File a Motion for Reconsideration of Appellant's Motion for Production of Transcripts at the Government's Expense (Doc. 151), Motion to Request Certification of Non-Frivolous Appeal (Doc. 155), and Amended Motion for Leave to Proceed in Forma Pauperis (Doc. 157) are **DENIED as moot**.

Dated the 22nd day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court